The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CHRISTOPHER PITTS<br><br>Defendant. | NO. CR22-044-RAJ<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion"), as follows:

a) one Glock model 43 9mm pistol bearing serial number BABN525;

b) one Glock model 43 9mm pistol bearing serial number BDXT650;

c) one Kimber model Ultra Crimson Carry II .45 cal. pistol bearing serial number KU89136;

d) one Walther P22 .22 cal. pistol bearing serial number WA251011;

e) one Excel Arms MP-5.7 5.7x28mm pistol with laser sight bearing serial number PE-01035;

f) one Mauser HSc .380 cal. pistol bearing serial number 01.29599;

g) one Smith & Wesson Mod. 29-2 .44 Magnum 6 shot revolver bearing serial number N784945;

h) one Beretta M9 9mm pistol bearing serial number M9-156388;

i) one Colt MK4 Series 70 .45 cal. pistol bearing serial number 13241G70;

PROTECTIVE ORDER - 1
*United States v. Pitts,* CR22-044-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

j)  one Smith & Wesson SW1911 .45 cal. pistol bearing serial number UCU3350;

k)  one Beretta Mod. 21A EL .22 cal. pistol bearing serial number DAA042633;

l)  one Bond Arms Snake Slayer .410 cal. pistol bearing serial number 150541;

m) one Glock 45 9mm pistol bearing serial number BRTU229;

n)  one Glock 23 Gen. 4 .40 cal. pistol bearing serial number BBTE331;

o)  one BBM Brun 380 .380 cal. 5 shot revolver;

p)  one Polymer80 PF940 pistol;

q)  one E3 Arms Omega-15 .223 cal. rifle with scope bearing serial number AO2889;

r)  one Benelli M2 12-gauge shotgun bearing serial number M762344;

s)  one HK MP5 .22 cal. rifle bearing serial number WG028678;

t)  one Remington 700 L.H. .308 cal. rifle with scope and stand bearing serial number RR15477K;

u)  one Savage Arms Axis 30/06 cal. rifle with scope bearing serial number K805753;

v)  one Romearm GP WASR 10/63 7.62x39mm rifle bearing serial number 1964CD4513;

w) one BCM ST15 .223 cal. rifle bearing serial number 55277;

x)  one F.lli Pietta .44 cal. black powder 6 shot revolver bearing serial number 194225;

y)  one F.lli Pietta .31 cal. black powder 5 shot revolver bearing serial number H003491;

z)  any associated ammunition and firearm accessories; and

aa) one set of body armor.

PROTECTIVE ORDER - 2
*United States v. Pitts,* CR22-044-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion, and supporting declaration of Federal Bureau of Investigation Task Force Officer Stephen Knapp, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Property") is appropriate for the following reasons:

- the United States gave notice of its intent to pursue forfeiture of the Subject Property in the Indictment filed on April 6, 2022, Dkt. No. 8;
- based on the facts set forth in TFO Knapp's declaration, there is probable cause to believe the Subject Property is subject to forfeiture in this case; and
- to ensure the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 26th day of April, 2022.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

PROTECTIVE ORDER - 3
*United States v. Pitts,* CR22-044-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970