HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PITTS,<br><br>Defendant. | Case No. 2:22-cr-00044-RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the parties' stipulated motion requesting a continuance of the trial date and the pretrial motions deadline.

In light of the circumstances that are presented in the parties' motion, the Court finds that:

(a)  a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv);

(b)  a failure to grant a continuance of the trial date and pretrial motions deadline would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i); and

(c)  that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the parties' stipulated motion (Dkt. 21) is GRANTED.  The trial date is continued from June 13, 2022, to February 6, 2023.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than December 1, 2022.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of February 6, 2023, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 12th day of May, 2022.

_____
HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE