The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CHRISTOPHER PITTS,<br><br>Defendant,<br><br>and<br><br>ERIC ALLEN BLOSFIELD,<br><br>Third Party Claimant. | NO. CR22-44-RAJ<br><br>**STIPULATION AND ORDER SETTLING THIRD-PARTY CLAIM TO FIREARM** |

The United States and Third-Party Claimant Eric Allen Blosfield present the following stipulation ("Stipulation") and proposed order to settle the interest Mr. Blosfield has asserted in the E3 Arms Omega-15 .223 cal. rifle with scope bearing serial number AO2889 ("Subject Firearm") that was forfeited by the defendant, David Christopher Pitts, in this case.

## I.   RELEVANT PROCEDURAL FACTS

The defendant in this case agreed to forfeit his interests in the Subject Firearm, among other assets, pursuant to the plea agreement he entered with the United States on November 15, 2022. Dkt. No. 26. Prior to the defendant's sentencing, the Court entered an Amended Preliminary Order of Forfeiture forfeiting the defendant's interest in the

STIPULATION AND ORDER SETTLING
THIRD-PARTY CLAIM TO FIREARM - 1
*United States v. Pitts,* CR22-44-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Subject Firearm, among other assets. Dkt. No. 41. Thereafter, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the Amended Preliminary Order of Forfeiture and the government's intent to dispose of the Subject Firearm, among other assets, in accord with governing law. Dkt. No. 42. That notice informed any third parties claiming interests in any of the assets included in the Amened Preliminary Order of Forfeiture that they were required to file petitions with the Court within 60 days of the notice's first publication on April 12, 2023. *Id*. As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States also sent notice and a copy of the Amended Preliminary Order to parties, including Mr. Blosfield, who appeared to be potential claimants based on the underlying investigative material.

Mr. Blosfield filed a timely claim to the Subject Firearm on May 25, 2023. Dkt. No. 43. In his claim, Mr. Blosfield asserts that he is the rightful owner of the Subject Firearm, and in a separate statement provided to the United States, asserts that it was stolen from him. No competing claims to the Subject Firearm have been filed, and the period for doing so expired on June 7, 2023.

## II.     STIPULATION

The United States and Mr. Blosfield HEREBY STIPULATE to the following facts:

1.     In support of his claim, Mr. Blosfield asserts he purchased the Subject Firearm from Starlos Firearms, LLC, in Olympia, Washington, on May 4, 2014. Mr. Blosfield provided a signed statement, under penalty of perjury, that the Subject Firearm was stolen from his residence in Bothell, Washington.

2.     The information provided by Mr. Blosfield is consistent with information contained on the firearms trace report for the Subject Firearm ("Tracing Report") prepared by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The Tracing Report confirms Mr. Blosfield was the last individual to purchase the Subject Firearm from a Federal Firearms Licensee ("FFL") and further confirms the FFL was Starlos Firearms LLC in Olympia, Washington.

STIPULATION AND ORDER SETTLING
THIRD-PARTY CLAIM TO FIREARM - 2
*United States v. Pitts,* CR22-44-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. United States Department of Justice, Federal Bureau of Investigation ("FBI"), has confirmed that Mr. Blosfield has no identifiable criminal history that would preclude him from possessing a firearm at this time.

4. Mr. Blosfield affirms that neither he nor any person living in his residence is prohibited from possessing a firearm.

5. Based on the information and affirmations reflected in Paragraphs 1–4, the United States agrees that Mr. Blosfield had a vested interest in the Subject Firearm, pursuant to 21 U.S.C. § 853(n)(6)(A), before the defendant in this case possessed it.

6. The United States recognizes Mr. Blosfield's vested interest in the Subject Firearm and agrees the government will return the firearm to Mr. Blosfield following the criminal proceedings in this case, to include any criminal appeal. The seizing agency, FBI, will effect the return of the firearm to Mr. Blosfield.

7. Mr. Blosfield understands the Subject Firearm constitutes evidence in this case and cannot be returned prior to the completion of these criminal proceedings, to include any criminal appeal.

8. Mr. Blosfield understands and agrees the Subject Firearm will be returned to him in its current condition, as it was seized from the defendant in this case.

9. Mr. Blosfield understands and agrees that this Stipulation fully and finally resolves his claim to the Subject Firearm. Mr. Blosfield waives any right to further litigate or pursue his claim, in this or any other proceeding, judicial or administrative.

10. Upon return of the Subject Firearm, Mr. Blosfield agrees to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims Mr. Blosfield may possess, or that could arise, based on the seizure, detention, and return of the firearm.

STIPULATION AND ORDER SETTLING
THIRD-PARTY CLAIM TO FIREARM - 3
*United States v. Pitts,* CR22-44-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

11. The United States and Mr. Blosfield agree they will each bear their own costs and attorneys' fees associated with the seizure, detention, and return of the pistol, as well as with Mr. Blosfield's claim and this Stipulation.

12. The United States and Mr. Blosfield agree the terms of this Stipulation are subject to review and approval by the Court, as provided in the proposed Order below. If the Court enters the proposed Order, a violation of any term or condition of this Stipulation shall be construed to be a violation of that Order.

                                            Respectfully submitted,
                                            TESSA M. GORMAN
                                            Acting United States Attorney

DATED: July 27, 2023                        *s/Jehiel I. Baer*
                                            JEHIEL I. BAER
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            700 Stewart Street, Suite 5220
                                            Seattle, WA 98101
                                            (206) 553-2242
                                            Fax: (206) 553-6934
                                            Jehiel.Baer@usdoj.gov


DATED: July 26, 2023                        *s/Eric Allen Blosfield*
                                            ERIC ALLEN BLOSFIELD
                                            Third-Party Claimant
                                            2617 106th Dr. NE
                                            Lake Stevens, WA 98258
                                            (425) 220-5887
                                            eric.blosfield@gmail.com

STIPULATION AND ORDER SETTLING
THIRD-PARTY CLAIM TO FIREARM - 4
*United States v. Pitts,* CR22-44-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

The Court has reviewed the above Stipulation between the United States and Third-Party Claimant Eric Allen Blosfield settling the interest Mr. Blosfield has asserted in the E3 Arms Omega-15 .223 cal. rifle with scope bearing serial number AO2889, Dkt. No. 43, which has already been forfeited by the defendant in this case, Dkt. No. 41. The Court HEREBY APPROVES the Stipulation and its terms.

IT IS SO ORDERED.

DATED this 31st day of July, 2023.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER SETTLING
THIRD-PARTY CLAIM TO FIREARM - 5
*United States v. Pitts,* CR22-44-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970