UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CHRISTOPHER PITTS,<br><br>Defendant | NO. CR22-44-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

    a.  One Glock model 43 9mm pistol bearing serial number BABN525;

    b.  One Glock model 43 9mm pistol bearing serial number BDXT650;

    c.  One Kimber model Ultra Crimson Carry II .45 cal pistol bearing serial number KU89136;

    d.  One Walther P22 .22 cal. Pistol bearing serial number WA251011;

    e.  One Excel Arms MP-5.7 5.7x28mm pistol with laser sight bearing serial number PE-01035;

    f.  One Mauser HSc .380 cal. pistol bearing serial number 01.29599;

Final Order of Forfeiture - 1
*United States v. Pitts,* CR22-44-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

g. One Smith & Wesson Mod. 29-2 .44 Magnum 6 shot revolver bearing serial number N784945;

h. One Beretta M9 9mm pistol bearing serial number M9-156388;

i. One Colt MK4 Series 70 .45 cal. pistol bearing serial number 13241G70;

j. One Smith & Wesson SW1911 .45 cal. pistol bearing serial number UCU3350;

k. One Beretta Mod. 21A EL .22 cal. pistol bearing serial number DAA042633;

l. One Bond Arms Snake Slayer .410 cal. pistol bearing serial number 150541;

m. One Glock 45 9mm pistol bearing serial number BRTU229;

n. One Glock 23 Gen. 4 .40 cal. pistol bearing serial number BBTE331;

o. One BBM Brun 380 .380 cal. 5 shot revolver;

p. One Polymer80 PF940 pistol;

q. One Benelli M2 12-gauge shotgun bearing serial number M762344;

r. One HK MP5 .22 cal. rifle bearing serial number WG028678;

s. One Remington 700 L.H. .308 cal. rifle with scope and stand bearing serial number RR15477K;

t. One Savage Arms Axis 30/06 cal. rifle with scope bearing serial number K805753;

u. One Romearm GP WASR 10/63 7.62x39mm rifle bearing serial number 1964CD4513;

v. One Spikes Tactical ST 15 rifle with magazines, ammunition, scope and flashlight, bearing serial number SBR-55277;

w. One F.lli Pietta .44 cal. black powder 6 shot revolver bearing serial number 194225;

x. One F.lli Pietta .31 cal. black powder 5 shot revolver bearing serial number H003491;

y. Any associated ammunition and firearm accessories; and

z. One set of body armor.

Final Order of Forfeiture - 2
United States v. Pitts, CR22-44-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On April 6, 2023, the Court entered an Amended Preliminary Order of Forfeiture finding the Subject Property and the E3 Arms Omega-15 .223 cal. rifle with scope bearing serial number AO2889, forfeitable pursuant to 21 U.S.C. § 853(a), and 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in them, Dkt. No. 41;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 42, and provided direct notice to eighteen potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A–R;

- On May 25, 2023, Third-Party Claimant Eric Allen Blosfield filed a claim to the E3 Arms Omega-15 .223 cal. rifle with scope bearing serial number AO2889;

- On July 31, 2023, the Court entered an Order settling the Third-Party Claim to Firearm; and

- The time for filing third-party claims has expired, and no additional claims were filed for the remaining Subject Property.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

Final Order of Forfeiture - 3
*United States v. Pitts,* CR22-44-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this __6th__ day of ____October____, 2023.

*signature*

THE HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 4
*United States v. Pitts,* CR22-44-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970